# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williams, Mary Ellen C. | U.S. Court of Federal Claims | 01/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☒ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

717 Madison Place, N.W., Ste. 612
Washington, DC 20005

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Board of Governors | American Bar Association (ABA) |
| 2. | Member - Board of Visitors | Duke University School of Law |
| 3. | Adjunct Professor | Johns Hopkins University |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 01/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Johns Hopkins University | $200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Ameriprise Financial |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University School of Law | 01/03/2012 - 01/06/2012 | Durham, NC | Teach class during Wintersession | Room/Transportation/Meals |
| 2. | American Bar Association (ABA) | 01/31/2012 - 02/07/2012 | New Orleans, LA | Attend ABA Midyear Meeting | Room/Transportation/Meals |
| 3. | New York Intellectual Property Law Association | 03/23/2012 - 03/24/2012 | New York, NY | Attend NYIPLA Annual Dinner | Room/Transportation/Meals |
| 4. | ABA - Board of Governors (BOG) | 05/03/2012 - 05/08/2012 | Santa Monica, CA | Attend ABA BOG Committee Meeting | Room/Transportation/Meals |
| 5. | CLE International | 05/16/2012 - 05/17/2012 | Los Angeles, CA | CLE International Speaker | Room/Transportation/Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williams, Mary Ellen C.** | 01/30/2015 |

| 6. | ABA- BOG | 05/30/2012 - 06/03/2012 | Greenbrier, WVA | Attend ABA BOG Meeting | Room/Transportation/Meals |
| 7. | ABA | 08/01/2012 - 08/06/2012 | Chicago, IL | Attend Annual ABA Meeting | Room/Transportation/Meals |
| 8. | ABA | 09/12/2012 - 09/14/2012 | Chicago, IL | Attend ABA SOC Meeting | Room/Transportation/Meals |
| 9. | ABA | 11/07/2012 - 11/11/2012 | Puerto Vallarta, Mexico | Attend ABA BOG Meeting | Room/Transportation/Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 01/30/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williams, Mary Ellen C.** | 01/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Time Warner Common Stock (TWX) | A | Dividend | J | T | | | | | |
| 2. Time Warner Cable (TWC) | A | Dividend | J | T | | | | | |
| 3. AOL | A | Dividend | J | T | | | | | |
| 4. Abbott Lab Common Stock (ABT) | A | Dividend | J | T | | | | | |
| 5. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 6. U.S. Savings Bonds | | None | J | T | | | | | |
| 7. Manulife Fin'l Corp. (MFC) | A | Dividend | K | T | | | | | |
| 8. 6/10/91 Irrevocable Ins. Trust #1 Beneficiary | | None | M | T | | | | | |
| 9. 6/10/91 Irrevocable Ins. Trust #2 | | None | M | T | | | | | |
| 10. Riversource Variable Universal Life Ins. | | None | L | T | | | | | |
| 11. Riversource Variable Universal Life Ins. | | None | L | T | | | | | |
| 12. Wells Fargo Savings (X) | A | Interest | J | T | | | | | |
| 13. Wells Fargo (MM) (X) | A | Interest | J | T | | | | | |
| 14. Wells Fargo Checking (X) | A | Interest | J | T | | | | | |
| 15. Fidelity Adv. S/Cap Val-A (FCVAX) | A | Dividend | K | T | | | | | |
| 16. Fidelity Adv Lever Co. Stock-A (FLSAX) | A | Dividend | K | T | | | | | |
| 17. Fidelity Adv. Strat Inc. (FSTAX) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity Adv. Diverse Int'l-A (FDVAX) | A | Dividend | K | T | | | | | |
| 19. *Fidelity Adv. Stock Sel. Cap Cl. A (FMAMX) | A | Dividend | K | T | | | | | |
| 20. Fidelity Adv. Diverse Int'l -A (FDVAX) | A | Dividend | J | T | | | | | |
| 21. RVS Variable Annuity (IRA) | A | Dividend | N | T | | | | | |
| 22. Eaton Vance Nat'l Muni (EANAX) | A | Interest | K | T | | | | | |
| 23. Ameriprise MM | A | Interest | L | T | | | | | |
| 24. Ameriprise Cash | A | Interest | J | T | | | | | |
| 25. Eaton Vance Spl Inv Trust Div Builder (EVTMX) | A | Dividend | J | T | Sold | 05/21/12 | | | |
| 26. Eaton Vance Mutual FDS FLTG Rate (EVBLX) | A | Dividend | J | T | Sold (part) | 09/10/12 | J | A | |
| 27. Eaton Vance Mutual FDS FLTG Rate (EVBLX) | A | Dividend | K | T | Sold (part) | 09/18/12 | J | A | |
| 28. Eaton Vance Mutual FDS FLTG Rate (EVBLX) | B | Dividend | K | T | Sold | 12/06/12 | J | A | |
| 29. Eaton Vance Mut'l Fds. Tr. Global Macro Absol. Ret'n (EAGMX) | B | Dividend | K | T | Sold | 05/21/12 | J | A | |
| 30. Neuberger Berman Alis. Ret. Multi Mgr. Cl A (NABAX) | A | Dividend | K | T | Buy | 11/15/12 | J | | Rollover TSP to Amerp. IRA |
| 31. Pimco Income Cl A (PONAX) | B | Dividend | O | T | Buy | 11/15/12 | J | | Rollover TSP to Amerp. IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 01/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS and TRUSTS

    * 19. - Last year this entry was listed as Fidelity Adv. Dyncorp App A (FARAX). On October 29, 2012, FARAX merged into FMAMX.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Ellen C. Williams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544